# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JESSE STEWART, BRADLEY
STEWART, AND SHEILA LUDWIG

VERSUS

WAITR INC. OF LA, WAITR
HOLDINGS, INC., DELIVERY
LOGISTICS, LLC, ABC
INSURANCE COMPANY, DEF
INSURANCE COMPANY, TONY
MONK, JR., TONY MONK, SR.,
HIJ INSURANCE AND XYZ
INSURANCE COMPANY

NO.  2022 CW 1323

**FEBRUARY 1, 2023**

---

In Re:    General Star Indemnity Company, applying for
          supervisory writs, 22nd Judicial District Court,
          Parish of St. Tammany, No. 2012055.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

   **WRIT DENIED.**

                         JMG
                         EW
                         SMM

COURT OF APPEAL, FIRST CIRCUIT

*a.S√*
_____
    DEPUTY CLERK OF COURT
        FOR THE COURT